IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23 C 02027 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY WOJCIK, JANIT HOWARD, | ) | |
| JOHN TRAHANAS, PETE BEST, DANIEL ENGEL, | ) | |
| The CITY OF CHICAGO, COOK COUNTY STATE'S | ) | |
| JOSEPH CATALDO, DR. KENDALL CROWNS AND | ) | |
| COOK COUNTY | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

## MOTION TO SUBSTITUTE ATTORNEYS

Now comes the Defendant, Dr. Kendal Crowns, moves this Court to enter an Order allowing Cook County State's Attorney's Office to withdraw as his counsel herein and to further allow the firm of O'Connor & Battle LLP to substitute their Appearance in lieu thereof, in accordance with the Substitution of Attorneys.

Respectfully Submitted,

/s/ Kenneth M. Battle
O'Connor & Battle LLP

Kenneth M. Battle
O'Connor & Battle, LLP
111 West Jackson Blvd., Suite 1700
Chicago, IL 60604
(312) 786-4600
kbattle@mokblaw.com

**CERTIFICATE OF SERVICE**

      I, Kenneth M. Battle, an attorney, certify that a copy of the attached instrument was served via electronic case filing to all parties of record, on this June 12, 2024.


                /s/ Kenneth M. Battle_____