IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY JACKSON, | ) | Case No. 23-cv-02027 |
| | ) | |
| Plaintiff, | ) | Hon. Charles P. Kocoras |
| | ) | District Judge |
| v. | ) | |
| | ) | Magistrate Judge Beth Jantz |
| ANTHONY WOJCIK, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The parties, by their respective undersigned counsel, respectfully submit the following joint status report, pursuant to this Court's order, Dkt. 182, 183:

1. The parties have completed all the remaining agreed upon depositions, not subject to Defendants' pending Motion for Leave to Take Additional Depositions (Dkt. 145), other than the deposition of James Taylor. Plaintiff deposed Defendant Cataldo on August 28, 2024, Defendant Crowns on September 18, 2024, and Anton Brown on October 7, 2024. Defendants deposed Dr. Darinka Mileusnic on October 4, 2024.

2. The only remaining agreed-upon deposition is the deposition of James Taylor. Defendant Officers filed an unopposed motion seeking an order for body attachment. Dkt. 187. The Court has set a motion hearing for November 7, 2024, for Mr. Taylor to appear and explain why he should not be held in contempt of court. Dkt. 188. Plaintiff's counsel respectfully

requests that the Court set a new date for the motion hearing, because Plaintiff's counsel is unable to appear given other case commitments including international travel for a deposition in another case as well as Plaintiff's counsel's wedding. Plaintiff's counsel is available the following week. Defendant Officers do not have an objection to reset the hearing date but are in the process of attempting to personally serve Mr. Taylor with the Defendant Officers' motion and court's ruling on or before October 18, 2024, in accordance with the court's order on October 11, 2024. (Dkt. 188). If the Court resets the hearing date, Defendant Officers will attempt to personally serve Mr. Taylor with the court order resetting the hearing date.

3. Additionally, as noted in the July 11, 2024 Joint Status Report (Dkt. 168), and August 30, 2024 Joint Status Report (Dkt. 179) the following depositions cannot move forward without the Court's ruling on Defendants' Motion for Leave to Take Additional Depositions (Dkt. 145): Roosevelt Myles, Miguel Skerritt, and Phonakone Sangathit (Plaintiff's three disclosed Rule 404(b) witnesses); Jamar Frelix, Phillip Bell (witnesses disclosed by Plaintiff) and Terrance Pearson. If Defendants are given leave to take the depositions of these six witnesses, Defendants will attempt to schedule and take these depositions on or before November 15, 2024, but may need additional time given counsel's current scheduling conflicts.

4. Additionally, Defendants issued subpoenas for Plaintiff's mental and medical health records prior to October 3, 2024, and have not yet received

documents in response. IDOC has requested until an extension to October 30, 2024, to provide Plaintiff's medical and mental health records.

5. No additional discovery requests were issued by any party, prior to October 8, 2024. However, Plaintiff has agreed to provide supplemental answers to Defendants contention interrogatories on or before October 18, 2024.

6. On October 9, 2024, Defendant Dr. Kendall Crowns issued two subpoenas: (1) Knoxville, TN Medical Examiner's Office for Dr. Mileusnic's financial records and correspondence related to the Jackson case and any other matters she was retained by Jennifer Blagg and Loevy & Loevy; and (2) Jennifer Blagg for the metadata related to her production of documents.

7. Pending before the Court is Plaintiff's motion to quash two subpoenas that Defendants issued to IDOC for Plaintiff's phone calls with witnesses Terrell Pearson, Terrance Pearson, Samantha Miller and Michael Cooper as well as Plaintiff's criminal co-defendant, Anthony Powell's, IDOC phone calls with Terrell Pearson. (Dkt. 152).

8. A joint status report on settlement is due on October 29, 2024. (Dkt. 174).

RESPECTFULLY SUBMITTED,

JEREMY JACKSON

By: /s/ Jordan Poole
One of Plaintiff's Attorneys

Arthur Loevy
Jon Loevy

3

Steve Art
Anand Swaminathan
Jordan Poole
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)
anand@loevy.com

By: *s/Katherine Morrison*　　　　　　　　By: *s/ Misha Itchhaporia*
Special Assistant Corporation Counsel　　　Special Assistant Corporation Counsel

Terrence M. Burns　　　　　　　　　　　　Steven B. Borkan
Paul A. Michalik　　　　　　　　　　　　　Timothy P. Scahill
Daniel M. Noland　　　　　　　　　　　　　Graham P. Miller
Katherine C. Morrison　　　　　　　　　　 Misha Itchhaporia
Daniel J. Burns　　　　　　　　　　　　　　Borkan & Scahill, Ltd.
Dhaviella N. Harris　　　　　　　　　　　　20 S. Clark St., Suite 1700
Reiter Burns LLP　　　　　　　　　　　　　Chicago, IL 60302
311 South Wacker Dr., Suite 5200　　　　Tel: (312) 580-1030
Chicago, IL 60606　　　　　　　　　　　　 Fax: (312) 263-0128
(312) 982-0090 (telephone)　　　　　　　 *Attorneys for Defendants Howard,*
(312) 429-0644 (facsimile)　　　　　　　 *Trahanas, Best, Engel and Wojcik*
*Attorneys for Defendant City of Chicago*

By: /s *Kevin C. Kirk*
Special State's Attorney for
defendant, former ASA and
current Circuit Court Judge Joseph Cataldo

William B. Oberts - #6244723
Kevin C. Kirk - # 6329937

Oberts Galasso Law Group
161 N. Clark St. Suite 1600
Chicago IL 60601

By: /s/ Terrie C. Sullivan
Counsel For Defendant Dr. Kendall Crowns

Kenneth Battle
Terrie C. Sullivan

4

O'CONNOR & BATTLE, LLP
111 W. Jackson Blvd., Ste. 1700
Chicago, Illinois 60604
P: (312) 786-4612
kbattle@mokblaw.com
tsullivan@mokblaw.com