IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEREMY JACKSON, | ) | Case No. 23-cv-02027 |
| | ) | |
| Plaintiff, | ) | Hon. Charles P. Kocoras |
| | ) | District Judge |
| v. | ) | |
| | ) | Magistrate Judge Beth Jantz |
| ANTHONY WOJCIK, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THE PARTIES' PROPOSED EXPERT SCHEDULE**

The parties, by their respective undersigned counsel, respectfully submit the following proposed agreed expert schedule, pursuant to this Court's order, Dkt. 233:

1. This Court ordered the parties to submit a proposed agreed expert schedule by May 1, 2025. Dkt. 233.

2. The parties conferred via email and agreed upon the following schedule:

    a. Plaintiff's Expert Disclosures due by July 3, 2025.

    b. Defendants' Expert Disclosures due by August 29, 2025.

RESPECTFULLY SUBMITTED,

JEREMY JACKSON

By: /s/ Jordan Poole
One of Plaintiff's Attorneys

Arthur Loevy
Jon Loevy
Anand Swaminathan
Jordan Poole
LOEVY & LOEVY

311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)
anand@loevy.com


By: *s/Katherine Morrison*
Special Assistant Corporation Counsel

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Katherine C. Morrison
Daniel J. Burns
Dhaviella N. Harris
Reiter Burns LLP
60302 311 South Wacker Dr., Suite 5200
1030
Chicago, IL 60606
(312) 982-0090 (telephone)
(312) 429-0644 (facsimile)
*Wojcik Attorneys for Defendant City of Chicago*

By: *s/ Misha Itchhaporia*
Special Assistant Corporation Counsel

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller
Misha Itchhaporia
Borkan & Scahill, Ltd.
20 S. Clark St., Suite 1700
Chicago, IL
Tel: (312) 580-

Fax: (312) 263-0128
*Attorneys for Defendants Howard, Trahanas, Best, Engel and*

By: /s *Kevin C. Kirk*
Special State's Attorney for
defendant, former ASA and
current Circuit Court Judge Joseph Cataldo

William B. Oberts - #6244723
Kevin C. Kirk - # 6329937

Oberts Galasso Law
Group 161 N. Clark
St. Suite 1600
Chicago IL 60601

By: /s/ Terrie C. Sullivan
Counsel For Defendant Dr. Kendall Crowns

Kenneth Battle

2

Terrie C. Sullivan