**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEREMY JACKSON, | ) | Case No. 23-cv-02027 |
| | ) | |
| Plaintiff, | ) | Hon. Charles P. Kocoras |
| | ) | District Judge |
| v. | ) | |
| | ) | Magistrate Judge Beth Jantz |
| ANTHONY WOJCIK, et al. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES, Plaintiff, Jeremy Jackson, through his attorneys, Loevy and Loevy, Defendant Dr. Kendall Crowns, by and through his attorneys, O'Connor and Battle, LLP, and Defendant former ASA Joseph Cataldo, by and through his attorneys, Oberts Galasso Law Group, and pursuant to Fed. R. Civ. P. 41(a)(2), the parties stipulate and agree to voluntarily dismiss all claims against former ASA Joseph Cataldo and Dr. Crowns with prejudice and with each party to bear their own costs.

The stipulating parties request that this Court dismiss all claims against former ASA Joseph Cataldo and Dr. Crowns, with prejudice and with each party to bear their own costs.

/s/ *Jordan Poole*
Jordan Poole
Loevy & Loevy
311 N. Aberdeen St
Chicago, IL 60607
poole@loevy.com

/s/ *William B. Oberts*
William B. Oberts
Oberts Galasso Law Group
181 W. Madison St., Suite 4700
Chicago, IL 60601
wboberts@obertsgalasso.com

*On of Plaintiff's Attorneys*                    *Attorney for former ASA Cataldo*

<u>s/ *Michele J. Braun*</u>
Michele J. Braun
O'Connor & Battle LLP
111 West Jackson Blvd., Suite 1700
Chicago, IL 60604
(312) 786-4600
kbattle@mokblaw.com
*One of Dr. Crown's Attorneys*